IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01721-ZLW-PAC

MELODY RAIN,

     Plaintiff,

v.

STAR TEK,

     Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Scheduling/Planning Conference Set for January 9, 2007 [filed November 28, 2006; Doc. No. 15] is **GRANTED** as follows:

     The Scheduling Conference set for January 9, 2007 is ***vacated and reset*** to **January 16, 2007 at 9:30 a.m.**  The proposed Scheduling Order is due on or before **January 11, 2007.**

Dated:  November 29, 2006