IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01721-ZLW-PAC

MELODY RAIN,

    Plaintiff,

v.

STARTEK,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: February    7   , 2007


    It is ORDERED that Defendant StarTek's Unopposed Motion By Liza S. McKelvey To Withdraw As Counsel For Defendant (Doc. No. 24) is granted, and Liza S. McKelvey is granted leave to withdraw as counsel for Defendant.  The Court notes that Defendant continues to be represented by attorneys Charles W. Weese and Geri K. House.