IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01721-ZLW-PAC

MELODY RAIN,

    Plaintiff,

v.

STAR TEK,

    Defendant.

---

ORDER

---

    In consideration of the Minute Order entered on March 1, 2007, by Magistrate Judge O. Edward Schlatter, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before March 15, 2007.  If by that date settlement papers have not been received by the Court, on March 22, 2007, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  2   day of March, 2007.

                              BY THE COURT:

                              *Zita L. Weinshienk*

                              ZITA L. WEINSHIENK,  Senior Judge
                              United States District Court