IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01721-ZLW-PAC

MELODY RAIN,

    Plaintiff,

v.

STAR TEK,

    Defendant.

___

ORDER OF DISMISSAL

___

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and fees.

    DATED at Denver, Colorado, this __20__ day of March, 2007.

BY THE COURT:

*/s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court